UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-10797-MEMF (PDx) | Date | March 12, 2026 |
| Title | *Emery Smith v. Knight Port Services LLC et al* | | |

Present: The Honorable    Maame Ewusi- Mensah Frimpong, UNITED STATES DISTRICT JUDGE

| Daniel Torrez | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Katon (video) | John D. Ellis (video) |
| Brandon Masjedian (video) | |

**Proceedings:    PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [15]**

The motion hearing is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. Counsel have read the written tentative provided by the Court. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a written ruling will be issued.

**IT IS SO ORDERED.**

                                                        :    35

                                Initials of Preparer    DT